## MISCELLANEOUS DISMISSALS

**01–2093. State ex rel. J.H. Routh Packing Co. v. Erie Cty. Court of Common Pleas.**
Erie App. No. E–01–034. This cause is pending before the court as an appeal from the Court of Appeals for Erie County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, March 20, 2002*

## MERIT DECISIONS WITHOUT OPINIONS

**02–103. State ex rel. Martin v. State Med. Bd.**
In Mandamus. On motion to dismiss and motion to strike motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**02–113. State ex rel. Creasey v. Corrigan.**
In Mandamus. On motion to dismiss of Judge Daniel O. Corrigan and Judge William E. Mahon. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**02–127. State ex rel. Jackson v. Crush.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**02–241. Walker v. Ganshiemer.**
In Habeas Corpus. On petition for writ of habeas corpus of Charles A. Walker. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**01–2159. State ex rel. Dunn v. Indus. Comm.**
Franklin App. No. 01AP–241.

**02–29. State ex rel. Gilreath v. Indus. Comm.**
Franklin App. No. 01AP–226.

## MOTION AND PROCEDURAL RULINGS

**98–1475. State v. Hartman.**
Summit C.P. No. CR97091987. On application for reopening under S.Ct.Prac.R. XI(5). Application denied.

**01–1009. Cleveland Elec. Illum. Co. v. Lake Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 00–K–1751, 00–K–1752, 00–K–1753, 00–K–1754, 00–K–1755, 00–K–1756, 00–K–1757 and 00–K–1758. *Sua sponte,* cause consolidated with 01–1872, *S. Broad Co., Ltd. v. Montgomery Cty. Bd. of Revision,* Board of Tax Appeals, No. 00–M–2065.

COOK, J., not participating.

**01–1132. New Par v. Pub. Util. Comm.**
Public Utilities Commission, No. 93–1758–RC–CSS. On motion for leave to intervene as appellee of Westside Cellular, Inc., d.b.a. Cellnet. Motion granted.

RESNICK, J., not participating.